IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AUTOMATIC SPRINKLER LOCAL 281, U.A. WELFARE FUND *et al.*, | ) ) ) |
| Plaintiffs, | ) CASE NO.: 24-cv-00674 ) |
| vs. | ) JUDGE: SEEGER ) |
| WORLD CLASS FIRE PROTECTION LLC, *et al.*, | ) MAG. JUDGE: APPENTENG ) |
| Defendants. | ) |

**PLAINTIFFS'** *OPPOSED* **MOTION FOR ENTRY OF FINAL JUDGMENT AGAINST WORLD CLASS FIRE PROTECTION LLC AND DISMISSAL OF MICHAEL D. SULLIVAN**

NOW COME Plaintiffs, the AUTOMATIC SPRINKLER LOCAL 281, U.A. WELFARE FUND *et al.*, by and through their attorneys, JOHNSON & KROL, LLC, and pursuant to Rules 58(d) and 41(a)(2) of the Federal Rules of Civil Procedure, move this Honorable Court for Entry of Final Judgment against Defendant WORLD CLASS FIRE PROTECTION LLC ("WCFP") and for Dismissal of Defendant MICHAEL D. SULLIVAN ("Sullivan"), and in support thereof state as follows:

1. On January 25, 2024, Plaintiffs filed their Complaint against Defendants WCFP and Sullivan. (Docket No. 1).

2. On December 20, 2024, Plaintiffs filed their Motion for Summary Judgment against Defendants WCFP and Sullivan. (Docket No. 38).

3. On July 7, 2025, Honorable Steven C. Seeger entered a Memorandum Opinion and Order granting the Motion for Summary Judgment in part as to Defendant WCFP and denying in part as to Defendant Sullivan. (Docket No. 50).

4. Plaintiffs request that the Court enter a final judgment against Defendant WCFP, as awarded in the Court's Memorandum Opinion and Order (Docket No. 50), in the aggregate amount of $59,440.33, as itemized below:

   a. $25,490.79 in liquidated damages and interest as a result of late and non-payment of contributions, dues, and savings deductions for the period of January 2023 through November 2024; and

   b. $33,949.54 in reasonable attorney's fees and costs incurred by Plaintiffs.

5. Rule 58(d) provides that "a party may request that judgment be set out in a separate document as required by Rule 58(a)." Fed. R. Civ. P. 58(d).

6. Plaintiffs have decided not to proceed with their claims against Defendant Sullivan and respectfully request dismissal of all claims against Defendant Sullivan pursuant to Rule 41(a)(2).

7. Rule 41(a)(2) provides that, except as provided in Rule 41(a)(1), an action may be dismissed at the Plaintiffs' request only by court order and on terms the court considers proper. Fed. R. Civ. P. 41(a)(2). Unless the court's order states otherwise, such dismissal is without prejudice. Fed. R. Civ. P. 41(a)(2).

8. Defendants have not filed any counterclaims, and dismissal will not prejudice any party.

9. As all claims against Defendants will be resolved upon entry of a final judgment against Defendant WCFP and dismissal of Defendant Sullivan, which would allow the Court to close this case in its entirety.

10. On August 5, 2025, Plaintiffs provided Defendants' counsel with copies of this Motion and the proposed Order via electronic mail for review and to determine whether Defendants would consent to the Motion being filed as unopposed. On August 13, 2025, Defendants'

counsel responded, requesting additional time to allow Defendants to present another settlement offer. Plaintiffs believe that sufficient time was provided and, in the interest of moving the matter forward, file this Motion as opposed.

11. A proposed Order has been sent to this Court's proposed order email inbox.

**WHEREFORE**, Plaintiffs respectfully request that the Court:

A. Enter final judgment in favor of Plaintiffs and against Defendant WCFP, consistent with the Court's Memorandum Opinion and Order (Docket No. 50), in the aggregate amount of $59,440.33, itemized as follows:

   i. $25,490.79 in liquidated damages and interest as a result of late and non-payment of contributions, dues, and savings deductions for the period of January 2023 through November 2024; and

   ii. $33,949.54 in reasonable attorney's fees and costs incurred by Plaintiffs;

B. Dismiss all claims against Defendant Sullivan pursuant to Rule 41(a)(2), without prejudice; and

C. Grant Plaintiffs such other and further relief as the Court may deem just and equitable.

Respectfully Submitted,

**AUTOMATIC SPRINKLER LOCAL 281, U.A. WELFARE FUND *et al*.**

/s/ Edward P. Barry - 6348821
*One of Plaintiffs' Attorneys*
JOHNSON & KROL, LLC
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 788-2917
barry@johnsonkrol.com